IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE EVERETT WELCH,

    Petitioner,               No. CIV S-07-1765 LKK EFB P

    vs.

BOARD OF PRISON TERMS, et al.,

    Respondents.           ORDER

_____ /

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to file a response. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondents' December 21, 2007, request is granted and respondents' motion to dismiss, filed February 19, 2008, is deemed timely filed.

Dated: March 27, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE