IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE EVERETT WELCH,

        Petitioner,                      No. CIV S-07-1765 LKK EFB P

       vs.

BOARD OF PRISON TERMS, et al.,

        Respondents                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 27, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Although neither party filed objections to the findings and recommendations, on September 12, 2008, petitioner filed a notice informing the court of his belief that the court has this case confused with the case designated as number 2:06-cv-01567 LKK EFB. Contrary to petitioner's belief, the court is not confused as to these two cases.

///

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 27, 2008, are adopted in full;
2. Respondents' February 19, 2008, motion to dismiss is granted; and,
3. The Clerk is directed to close the case.

DATED: September 29, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT